MIED (Rev. 04/09/06) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jeffrey Moran

               Plaintiff(s),

v.

Al Basit, LLC, et al.

               Defendant(s).
_____/

Case No. 13-cv-13625

Judge Judith E. Levy

Magistrate Judge Michael J. Hluchaniuk

## NOTICE OF APPEAL

Notice is hereby given that  Jeffrey Moran  appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the:  ❏ Judgment  ☒ Order

❏ Other: _____

entered in this action on  October 9, 2014 .
[Date]

Date: October 16, 2014

Counsel is: Retained
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

/s/ David A. Hardesty
Signature

P38609
Bar No.

2701 Troy Center Dr., Ste. 400
Street Address

Troy, MI 48084
City, State   Zip Code

(248)275-5200
Telephone Number

dhardesty@goldstarlaw.com
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.