UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeffrey Moran,

                Plaintiff,         Case No. 13-cv-13625
                                   Hon. Judith E. Levy
v.                                        Mag. Judge Michael J. Hluchaniuk

Al Basit LLC d/b/a Auto Pro Diagnostic
and Complete Auto Repair, Al Ghani
LLC, d/b/a Auto Pro Troy Diagnostic and
complete Auto Repair, Zain Syed, and
Zohaib Syed,

                Defendants.
_____/

## **JUDGMENT**

      This matter having been tried before the bench with Judge Judith E. Levy presiding, and in accordance with the Findings of Fact and Conclusions of Law entered on February 29, 2016, final judgment is hereby entered in favor of plaintiff Jeffrey Moran for the amount of $13,350.00 against defendants Al Basit LLC, Al Ghani, LLC, Zain Syed, and Zohaid Syed, jointly and severally.

      This matter is hereby terminated.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                By:    s/Felicia M. Moses
                                                DEPUTY COURT CLERK
                                                Ann Arbor, Michigan
                                                February 29, 2016

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE