UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY MORAN,

      Plaintiff,                    Case No. 13-cv-13625
                                     Honorable Judith E. Levy
v.                                       Magistrate Judge Hon. Michael J. Hluchaniuk

AL BASIT LLC, AL
GHANI LLC, ZAIN SYED,
and ZOHAIB SYED,

      Defendants.
_____/

## SATISFACTION OF JUDGMENT ENTERED ON FEBRUARY 29, 2016 (DOC. 52)

Judgment was rendered in favor of Plaintiff Jeffrey Moran ("Plaintiff") and against Defendants Al Basit LLC, Al Ghani LLC, Zain Syed, and Zohaib Syed ("Defendants") in the above-entitled action, on the 29th day of February, 2016, in the sum of $13,350.00 (Doc. # 52) and Plaintiff hereby acknowledges payment of this Judgment by Defendants in full and desires to release this Judgment and to fully and completely satisfy the same.

                                                  *Caitlin Malhiot*
                                                  Caitlin E. Malhiot, Esq.

Subscribed and sworn to me by Caitlin E. Malhiot, Esq., this ___ day of May, 2016.

_____
Notary Public

My Commission Expires: 11/20/19